IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL EDDIE BLAND II,

                Petitioner,

     v.

ROBERT HOREL,

                Respondent.

NO. C07-4023 TEH

ORDER DENYING CERTIFICATE OF APPEALABILITY

Having denied Petitioner's request for habeas relief, this Court must issue or deny a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases. The Court DENIES a certificate of appealability because Petitioner has failed to make a "substantial showing of the denial of a constitutional right" on any of his claims. 28 U.S.C. § 2253(c)(2); *see also Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (explaining that an applicant satisfies this standard where he or she shows that reasonable jurists could find the issues debatable or that the issues are "adequate to deserve encouragement to proceed further") (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). Petitioner "may not appeal the denial of a certificate of appealability but may seek a certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure." Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED.**

Dated: 09/03/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT